**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7485**

———————

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

ASHLEI RENEE ROBINSON,

     Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Chief District Judge. (7:12-cr-00102-GEC-JCH-1; 7:14-cv-80725-GEC-RSB)

———————

Submitted: December 15, 2015   Decided: December 18, 2015

———————

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ashlei Renee Robinson, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ashlei Renee Robinson seeks to appeal the district court's order adopting the recommendation of the magistrate judge and denying relief on her 28 U.S.C. § 2255 (2012) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on April 6, 2015. The notice of appeal was filed on September 14, 2015.* Because Robinson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266, 276 (1988).

2

materials before this court and argument would not aid the decisional process.

DISMISSED